UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL,

        Plaintiff,

-against-

GALAXY OF COMICS,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2023
```

23-CV-379 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Sanjay Sookul filed his Complaint on January 16, 2023 (Dkt. 1). A recently-filed proof of service (Dkt. 8) states that plaintiff served defendant Galaxy of Comics on March 6, 2023, making defendant's answer due March 27, 2023. Defendant has not appeared, and no answer has been filed, nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **May 4, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for a certificate of default.

Dated: New York, New York
       April 27, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**